UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | |
|---|---|
| U.S.A. vs. Mario D. Williams | Docket No. 5:14-MJ-2246-1 |

**Petition for Action on Probation**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mario D. Williams, who, upon an earlier plea of guilty to Driving While Impaired-Level 5, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge on April 8, 2015, to a 12-month term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 14, 2015, the defendant committed the offense of Driving While License Revoked, in Harnett County, North Carolina. He admitted to this probation officer that he operated a motor vehicle while not properly licensed. As a sanction for this conduct and in an effort to deter future criminal conduct, we are recommending that the conditions of probation be modified to include eight additional hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform eight additional hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
> /s/ Keith W. Lawrence
> Keith W. Lawrence
> Senior U.S. Probation Officer
> 310 Dick Street
> Fayetteville, NC 28301-5730
> Phone: 910-354-2538
> Executed On: May 15, 2015

**ORDER OF THE COURT**

Considered and ordered on May 15, 2015. It is further ordered that this document shall be filed and made a part of the records in the above case.

/s/ Robert T. Numbers II
Robert T. Numbers, II
United States Magistrate Judge